June 30, 1964

## Commonwealth ex rel. Altland *v.* Myers, Appellant.

Argued December 9, 1963. *John T. Miller,* First Assistant District Attorney, with him *Daniel W. Shoemaker,* District Attorney, for appellant; *Jay V. Yost,* with him *Nevin J. Trout,* for appellee.

Order affirmed.